# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Patrick Clayton Thorne            Docket No. 5:04-CR-109-1BO

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Patrick Clayton Thorne, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 10, 2004, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall pay a special assessment of $100.00 and restitution in the amount of $2,400.00.

Patrick Clayton Thorne was released from custody on December 28, 2012, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

When the defendant was sentenced on November 10, 2004, it was ordered that the special assessment and restitution be due and payable in full immediately. At the time of Mr. Thorne's release, the balance on the financial obligation originally imposed was $1,617.34. Mr. Thorne is unable to pay the balance in full. It is recommended the conditions of supervision be modified to allow the defendant to make payments in the amount of $50.00 per month, beginning 60 days following the defendant's release from prison, until the financial obligation is satisfied. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Patrick Clayton Thorne
Docket No. 5:04-CR-109-1BO
Petition For Action
Page 2

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall make payments in the amount of $50.00 per month until the financial obligation originally imposed is paid in full. Payments shall begin 60 days after the defendant's release from prison.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8660<br>Executed On: January 14, 2013 |

## ORDER OF COURT

Considered and ordered this _15_ day of _January_, 2013, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge